## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. PAM HOWARD and EBEN HOWARD | | PLAINTIFFS |
| v. | No. 4:13CV00310 JLH | |
| ARKANSAS CHILDREN'S HOSPITAL;<br>RON ROBERTSON, Individually; and<br>JON BATES, Individually | | DEFENDANTS |

### ORDER

The defendants' motion for continuance is GRANTED. Document #169. This action is removed from the trial docket for the week of February 22, 2016, and the amended final scheduling order entered on July 23, 2015, is set aside. A new scheduling order with a new trial date and new deadlines will be entered separately.

The plaintiffs' motion for protective order and to extend time is GRANTED. Document #170. The notice issued by the defendants for the plaintiffs' depositions is quashed. The parties should consult and reschedule those depositions at a time convenient for everyone.

IT IS SO ORDERED this 18th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE