# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFFS
ex rel. PAM HOWARD and EBEN HOWARD

v.                                    No. 4:13CV00310  JLH

ARKANSAS CHILDREN'S HOSPITAL;
RON ROBERTSON, Individually; and
JON BATES, Individually                                               DEFENDANTS

## ORDER

Ron Robertson, M.D., has moved for judgment on the pleadings based on this Court's ruling

on the motion submitted by the Arkansas Children's Hospital.  Disagreeing with the ruling on the

motion filed by the Arkansas Children's Hospital, the plaintiffs concede that it would be inconsistent

to grant Arkansas Children's Hospital's motion and then deny Robertson's motion.  Document #172

at 4.  Therefore, Robertson's motion for judgment on the pleadings is GRANTED.  Document #165.

IT IS SO ORDERED this 30th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE