# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. PAM HOWARD and EBEN HOWARD | PLAINTIFFS |
| v.  No. 4:13CV00310  JLH | |
| ARKANSAS CHILDREN'S HOSPITAL;<br>RON ROBERTSON, Individually; and<br>JON BATES, Individually | DEFENDANTS |

## ORDER

The Court has previously dismissed Counts III and IV of the amended complaint against Arkansas Children's Hospital with prejudice. The Court also dismissed with prejudice the plaintiffs' claims against Ron Robertson. The plaintiffs have now moved to dismiss the remaining claims without prejudice. That motion is GRANTED. Document #174. This action is hereby terminated.

IT IS SO ORDERED this 7th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE